IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chanel R. Drayton<br>Debtor | BANKRUPTCY CASE NUMBER<br>22-13228-amc<br><br>CHAPTER 13 |

## NOTICE TO CHAPTER 13 TRUSTEE TO DISCONTINUE PAYMENTS TOWARDS ARREARS IN PROOF OF CLAIM 4-1

**NOTICE IS HEREBY GIVEN** that Nationstar Mortgage LLC is requesting that the Trustee discontinue payments towards to the Proof of Claim filed February 7, 2023 and assigned as Claim number 4-1 because Claimant considers the amount of arrears due under the Proof of Claim cured as of the date of this Notice.

Any monies received from the Chapter 13 Trustee/Plan after the date of this Notice will be returned.

_/s/Lorraine Gazzara Doyle_
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chanel R. Drayton<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>22-13228-amc |
| Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Chanel R. Drayton<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this    11th    day of       May   , 2023:

Chanel R. Drayton
536 N. 58th Street
Philadelphia, PA 19131

Michael A. Latzes, Law Offices of Michael A. Latzes, P.C
1528 Walnut Street
Suite 710
Philadelphia, PA 19102
efiling@mlatzes-law.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com