## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Chanel R. Drayton                         CHAPTER 13

               Debtor(s)

                               BKY. NO. 22-13228 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.


                          Respectfully submitted,


/s/ *Denise Carlon*
Denise Carlon
29 Jul 2024, 16:54:50, EDT


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322