| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-13228-AMC**

| | |
|---|---|
| Chanel R. Drayton | Petition Filed Date: 12/01/2022 |
| 536 N. 58th Street | 341 Hearing Date: 01/06/2023 |
| Philadelphia  PA    19131 | Confirmation Date: 05/17/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $723.00 | | 08/25/2023 | $723.00 | | 09/19/2023 | $723.00 | |
| 10/27/2023 | $723.00 | | 11/27/2023 | $723.00 | | 01/02/2024 | $723.00 | |
| 01/26/2024 | $723.00 | | 03/01/2024 | $723.00 | | 03/15/2024 | $723.00 | |
| 06/03/2024 | $723.00 | | 06/07/2024 | $723.00 | | | | |

**Total Receipts for the Period: $7,953.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,522.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $413.62 | $132.05 | $281.57 |
| 4 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $1,574.06 | $502.50 | $1,071.56 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 005 | Unsecured Creditors | $20,188.29 | $6,444.67 | $13,743.62 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $1,481.99 | $1,481.99 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,522.00 | Current Monthly Payment: | $667.00 |
| Paid to Claims: | $11,361.21 | Arrearages: | $606.00 |
| Paid to Trustee: | $1,160.79 | Total Plan Base: | $39,808.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.