# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| Chanel R. Drayton | : |
| Debtor | : |
| | : NO. 22-13228 amc |
| Nationstar Mortgage, LLC | : |
| Movant | : |
| v. | : |
| Chanel R. Drayton | : |
| Debtor | : |
| Scott F. Waterman | : |
| Trustee | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to Nationstar Mortgage, LLC's Motion for Relief has been served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on September 12, 2024, to the following:

Frederic J. Baker, Asst. U.S. Trustee  
Office of the United States Trustee  
Robert NC Nix, Sr. Federal Building  
900 Market St., Suite 320  
Philadelphia, PA 19107

Scott F. Waterman, Trustee  
P.O. Box 4010  
Reading, PA 19606-0410

Denise Carlon, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532

Chanel R. Drayton  
536 North 58th Street  
Philadelphia, PA 19131


<u>9-12-24</u>　　　　　　　　　　　　　<u>  /s/ MICHAEL A. LATZES       </u>  
　Date　　　　　　　　　　　　　　Michael A. Latzes, Esquire  
　　　　　　　　　　　　　　　　　1528 Walnut St., Suite 710  
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102  
　　　　　　　　　　　　　　　　　(215) 545-0200