**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Chanel R. Drayton** | **:** |
| **Debtor(s)** | **: NO. 22-13228 amc** |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan per Order to Modify, and Amended Schedules I and J were served either by first class mail, postage prepaid or electronically on December 4, 2024 to Scott Waterman, Trustee, United States Trustee, all attorneys of record, debtor, Chanel R. Drayton and all creditors listed on the Claim's Register.

12-4-24                                                     /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                         MICHAEL A. LATZES, ESQUIRE
                                                                    Attorney for Debtor