UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Chanel R. Drayton | : |
| | : |
|    Debtor | : |
| | : NO. 22-13228 amc |

CERTIFICATION OF NOTICE AND
CERTIFICATION OF NO OBJECTION

     I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice of Motion, Response Deadline and Hearing Date for Motion to Modify and Abate Amended Chapter 13 Plan were served, electronically or by first class mail, postage prepaid, on November 26, 2024, to Scott Waterman, Trustee, Frederick J. Baker, Asst. U.S. Trustee, Chanel R. Drayton, Debtor, all creditors listed on the Claims Register and all attorneys of record.

     Counsel certifies that there have been no objection or other responsive pleadings filed in the above-referenced case and therefore requests that this court grant said Motion to Modify and Abate Chapter 13 Plan payments

| | |
|---|---|
|  1-2-25  | /s/   MICHAEL A. LATZES |
| Date | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 710 |
| | Philadelphia, PA   19102 |
| | (215) 545-0200 (Phone) |
| | (215) 546-5269 (Fax) |