UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Chanel R. Drayton | : |
| | : |
|    Debtor | : |
| | : NO. 22-13228 amc |

CERTIFICATION OF NOTICE AND
CERTIFICATION OF NO OBJECTION

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice of Application, Response Deadline and Application for Compensation of Supplemental Attorney Fees were served, electronically or by first class mail, postage prepaid, on November 27, 2024, to Scott Waterman, Trustee, Frederick J. Baker, Asst. U.S. Trustee, Chanel R. Drayton , Debtor, all creditors listed on the Claims Register and all attorneys of record.

    Counsel certifies that there have been no objection or other responsive pleadings filed in the above-referenced case and therefore requests that this court grant said Application for Compensation of Supplemental Attorney Fees.

| | |
|---|---|
|   1-2-25 | /s/   MICHAEL A. LATZES |
| Date | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 710 |
| | Philadelphia, PA   19102 |
| | (215) 545-0200 (Phone) |
| | (215) 546-5269 (Fax) |