# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : CHAPTER 13
   Chanel R. Drayton                                        :
         Debtor(s)                              : NO.  22-13228 amc

## O R D E R

AND NOW, this _____ day of _____, 2024, upon the debtor's Motion to Modify and Abate the Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby Ordered that debtor's Motion to Modify and Abate the Chapter 13 Plan is hereby Granted.

.

**Date: January 17, 2025**

BY THE COURT:

_____
                                          J.