**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT TO OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| **Chanel R. Drayton** | : NO. 22-13228 amc |
| Debtor | : |

**O R D E R**

AND NOW, this            day of                    ,2024, Applicant's request for a supplemental award of $1,200.00 is hereby APPROVED.

Date: January 21, 2025            BY: _____
                                            **JUDGE ASHELY M. CHAN**