United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13228-amc |
| Chanel R. Drayton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chanel R. Drayton, 536 N. 58th Street, Philadelphia, PA 19131-4836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan RE logsecf@logs.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL A. LATZES | |
| | on behalf of Debtor Chanel R. Drayton efiling@mlatzes-law.com |
| ROGER FAY | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@alaw.net bkecf@milsteadlaw.com |
| ROGER FAY | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT TO OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **: Chapter 13** |
| | **:** |
| **Chanel R. Drayton** | **: NO. 22-13228 amc** |
| Debtor | **:** |

### O R D E R

AND NOW, this _____ day of _____ ,2024, Applicant's request for a supplemental award of $1,200.00 is hereby APPROVED.

**Date: January 21, 2025**     BY: _____

                                                     JUDGE ASHELY M. CHAN