| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-13228-AMC**

CHANEL R DRAYTON
536 N. 58th Street
Philadelphia  PA    19131

Petition Filed Date: 12/01/2022
341 Hearing Date: 01/06/2023
Confirmation Date: 05/17/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/04/2024 | $667.00 | | 11/19/2024 | $667.00 | | 01/10/2025 | $883.00 | |
| 03/07/2025 | $614.00 | | 04/07/2025 | $614.00 | | 06/24/2025 | $614.00 | |
| 07/21/2025 | $614.00 | | | | | | | |

**Total Receipts for the Period: $4,673.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »»  01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP »»  01U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV INVESTMENTS LLC »»  002 | Unsecured Creditors | $413.62 | $132.05 | $281.57 |
| 4 | QUANTUM3 GROUP LLC »»  003 | Unsecured Creditors | $1,574.06 | $545.58 | $1,028.48 |
| 5 | NATIONSTAR MORTGAGE LLC »»  004 | Mortgage Arrears | $3,572.94 | $2,509.93 | $1,063.01 |
| 6 | OFFICE OF UC BENEFITS POLICY-UC DIVISION »»  005 | Unsecured Creditors | $20,188.29 | $6,997.24 | $13,191.05 |
| 7 | CITY OF PHILADELPHIA (LD) »»  006 | Secured Creditors | $1,481.99 | $1,481.99 | $0.00 |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 8 | CAVALRY PORTFOLIO SERVICE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13228-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,195.00 | Current Monthly Payment: | $614.00 |
| Paid to Claims: | $15,666.79 | Arrearages: | $959.00 |
| Paid to Trustee: | $1,516.89 | Total Plan Base: | $34,732.00 |
| Funds on Hand: | $11.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.