Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

CHANEL R DRAYTON
536 N. 58th Street
Philadelphia, PA 19131

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-13228-AMC**

Petition Filed Date: 12/01/2022
341 Hearing Date: 01/06/2023
Confirmation Date: 05/17/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $614.00 | | 09/12/2025 | $614.00 | | 09/29/2025 | $614.00 | |
| 12/22/2025 | $614.00 | | 02/13/2026 | $614.00 | | 02/13/2026 | $1,842.00 | |
| 03/16/2026 | $614.00 | | 05/11/2026 | $614.00 | | | | |

**Total Receipts for the Period: $6,140.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,335.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $413.62 | $230.00 | $183.62 |
| 4 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $1,574.06 | $875.27 | $698.79 |
| 5 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 004 | Mortgage Arrears | $3,572.94 | $3,572.94 | $0.00 |
| 6 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 005 | Unsecured Creditors | $20,188.29 | $11,225.65 | $8,962.64 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $1,481.99 | $1,481.99 | $0.00 |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 8 | CAVALRY PORTFOLIO SERVICE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13228-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,335.00 | Current Monthly Payment: | $614.00 |
| Paid to Claims: | $21,385.85 | Arrearages: | $1,573.00 |
| Paid to Trustee: | $1,949.15 | Total Plan Base: | $34,732.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.