**Fill in this information to identify the case:**

Debtor 1  Chanel R. Drayton

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
                                                              (State)

Case number   22-13228-amc

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC

**Last 4 digits** of any number you use to identify the debtor's account:   XXXXXX4954

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2023

**New total payment:**    $ 701.49
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $245.51     **New escrow payment:** $370.10

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Chanel R. Drayton | | | Case number (*if known*) 22-13228-amc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/ Roger Fay, Esq., ID No. 315987          Date  August 15, 2023
Signature

Print:      Roger Fay, Esquire                    Title     Attorney for Creditor
            First Name   Middle Name   Last Name

Company     Albertelli Law

Address     14000 Commerce Parkway, Suite H
            Number          Street

            Mount Laurel          NJ          08054
            City                  State       ZIP Code

Contact phone   (856) 724-1888              Email:  rfay@alaw.net

Case 22-13228-amc    Doc    Filed 08/15/23   Entered 08/15/23 11:10:31    Desc Main
                            Document      Page 3 of 6



07/24/2023

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**OUR INFO**
ONLINE
www.mrcooper.com

CHANEL DRAYTON
536 N 58TH ST
PHILADELPHIA, PA 19131

PROPERTY ADDRESS
**536 N 58TH ST**
**PHILADELPHIA, PA 19131**

Dear CHANEL DRAYTON,

Thanks for doing business with Mr. Cooper. We appreciate the opportunity to service your mortgage.

Recently, Mr. Cooper performed an escrow analysis on your loan and found a surplus of funds on your escrow account.

In this letter, we have enclosed an escrow refund check in the amount of $615.08.

If you wish to return the funds to Mr. Cooper and request that we apply the funds to your UPB or escrow account, please endorse the back of the check, specify where the funds are to be applied on the front of the check, and mail the check to the below address:

Mr. Cooper
Attention: Account Services
8950 Cypress Waters Blvd.
Coppell, TX 75019

If you wish to keep the funds for your own purpose, no action is required.

If you have any questions, please call our Bankruptcy Department at 877-343-5602. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

Enclosure

VOID

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Escrow Account Disclosure Statement**

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

CHANEL DRAYTON
536 N 58TH ST
PHILADELPHIA, PA 19131

Statement Date: 07/24/2023

**Why am I receiving this?** Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts.

**What does this mean for me?** At this time your Escrow Account has more money than needed, resulting in a surplus of $615.08. Due to this surplus and changes in your taxes and insurance premiums, your monthly escrow payment will increase by $124.59.

**What do I need to do?** A surplus check in the amount of $615.08 is attached below. Please note that effective 10/01/2023, your new total monthly payment will be $701.49.

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $331.39 | $0.00 | $331.39 |
| ESCROW | $245.51 | $124.59 | $370.10 |
| **Total Payment** | **$576.90** | **$124.59** | **$701.49** |

*See below for surplus calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



Minimum Required Balance: $723.80
Lowest Projected Balance: $1,338.88
Surplus Amount $615.08

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| CITY TAX | $904.27 | $454.94 | $1,359.21 |
| FHAMIP INS | $109.32 | ($10.92) | $98.40 |
| HAZARD SFR | $1,932.54 | $1,051.02 | $2,983.56 |
| **Annual Total** | **$2,946.13** | **$1,495.04** | **$4,441.17** |

If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.

After conducting the annual analysis of your account, Mr. Cooper has determined that a surplus of funds exists and would like to inform you of options available to you. You may: **1. Retain the funds sent to you via check** for your own purposes, **2.** Return the funds to Mr. Cooper and request that we apply these funds to your unpaid principal balance, **3.** Return the funds to Mr. Cooper and request that we **apply these funds back into your escrow account.**

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**


EQUAL HOUSING OPPORTUNITY

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


**mr. cooper**®
CHANGING THE FACE OF HOME LOANS

**ESCROW SURPLUS CHECK**
FOR PAYMENT OF ESCROW TO MORTGAGOR
ESC DISBURSEMENT CLEARING

JP MORGAN CHASE BANK, N.A., DALLAS, TX

DATE    07/24/2023

SIX HUNDRED FIFTEEN AND 08/100 DOLLARS

AMOUNT    **$615.08**

PAY TO THE ORDER OF

CHANEL DRAYTON
536 N 58TH ST
PHILADELPHIA, PA 19131

*Escrow checks are voided after 180 days*

The change in your escrow payment** may be based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

### Prior Year Account History and Coming Year Projections

This is a statement of the actual activity in your escrow account from 10/22 through 09/23. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $723.80 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,338.88 will be reached in May 2024. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $615.08. These amounts are indicated with an arrow (<).

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $2,127.61 | $1,754.38 |
| 10/22 | $245.51 | $0.00 | $9.11 | $9.11* | * | FHAMIP INS | $2,364.01 | $1,745.27 |
| 11/22 | $245.51 | $0.00 | $9.11 | $9.11* | * | FHAMIP INS | $2,600.41 | $1,736.16 |
| 12/22 | $245.51 | $3,017.22 | $9.11 | $9.11* | * | FHAMIP INS | $2,836.81 | $4,744.27 |
| 01/23 | $245.51 | $245.51 | $9.11 | $9.11* | * | FHAMIP INS | $3,073.21 | $4,980.67 |
| 02/23 | $245.51 | $0.00 | $0.00 | $1,359.21* | * | CITY TAX | $3,318.72 | $3,621.46 |
| 02/23 | $0.00 | $0.00 | $9.11 | $9.11* | * | FHAMIP INS | $3,309.61 | $3,612.35 |
| 03/23 | $245.51 | $0.00 | $904.27 | $0.00 | | CITY TAX | $2,650.85 | $3,612.35 |
| 03/23 | $0.00 | $0.00 | $9.11 | $9.11* | * | FHAMIP INS | $2,641.74 | $3,603.24 |
| 04/23 | $245.51 | $245.51 | $9.11 | $9.11* | * | FHAMIP INS | $2,878.14 | $3,839.64 |
| 04/23 | $0.00 | $0.00 | $0.00 | $2,983.56* | * | HAZARD SFR | $2,878.14 | $856.08 |
| 05/23 | $245.51 | $0.00 | $9.11 | $9.11* | * | FHAMIP INS | $3,114.54 | $846.97 |
| 05/23 | $0.00 | $0.00 | $1,932.54 | $0.00 | | HAZARD SFR | $1,182.00 | $846.97 |
| 06/23 | $245.51 | $0.00 | $9.11 | $8.20* | * | FHAMIP INS | $1,418.40 | $838.77 |
| 07/23 | $245.51 | $1,473.06 | $9.11 | $0.00 | | FHAMIP INS | $1,654.80 | $2,311.83 |
| 08/23 | $245.51 | $245.51 | $9.11 | $8.20*E | *E | FHAMIP INS | $1,891.20 | $2,549.14 |
| 09/23 | $245.51 | $245.51 | $9.11 | $8.20*E | *E | FHAMIP INS | $2,127.60 | $2,786.45 |
| Total | $2,946.12 | $5,472.32 | $2,946.13 | $4,440.25 | | Total | $2,127.60 | $2,786.45 |

| Month | Projected Payment | | Projected Disbursement | | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $2,786.45 | $2,171.37 |
| 10/23 | $370.10 | | $8.20 | | | FHAMIP INS | $3,148.35 | $2,533.27 |
| 11/23 | $370.10 | | $8.20 | | | FHAMIP INS | $3,510.25 | $2,895.17 |
| 12/23 | $370.10 | | $8.20 | | | FHAMIP INS | $3,872.15 | $3,257.07 |
| 01/24 | $370.10 | | $8.20 | | | FHAMIP INS | $4,234.05 | $3,618.97 |
| 02/24 | $370.10 | | $8.20 | | | FHAMIP INS | $4,595.95 | $3,980.87 |
| 03/24 | $370.10 | | $1,359.21 | | | CITY TAX | $3,606.84 | $2,991.76 |
| 03/24 | $0.00 | | $8.20 | | | FHAMIP INS | $3,598.64 | $2,983.56 |
| 04/24 | $370.10 | | $8.20 | | | FHAMIP INS | $3,960.54 | $3,345.46 |
| 05/24 | $370.10 | | $8.20 | | | FHAMIP INS | $4,322.44 | $3,707.36 |
| 05/24 | $0.00 | | $2,983.56 | | | HAZARD SFR | $1,338.88 | $723.80< |
| 06/24 | $370.10 | | $8.20 | | | FHAMIP INS | $1,700.78 | $1,085.70 |
| 07/24 | $370.10 | | $8.20 | | | FHAMIP INS | $2,062.68 | $1,447.60 |
| 08/24 | $370.10 | | $8.20 | | | FHAMIP INS | $2,424.58 | $1,809.50 |
| 09/24 | $370.10 | | $8.20 | | | FHAMIP INS | $2,786.48 | $2,171.40 |
| Total | $4,441.20 | | $4,441.17 | | | Total | $2,786.48 | $2,171.40 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call our **Bankruptcy Department at 1-877-343-5602**. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Chanel R. Drayton,<br>        Debtor, | Bankruptcy No. 22-13228-amc<br>Chapter 13 |
| Nationstar Mortgage LLC,<br>        Secured Creditor,<br><br>Chanel R. Drayton,<br>        Debtor / Respondent,<br><br>and<br>SCOTT F. WATERMAN,<br>        Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

Roger Fay, Esquire counsel for Nationstar Mortgage LLC, hereby certifies that a copy of the NOTICE OF MORTGAGE PAYMENT CHANGE was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on August 15, 2023, addressed as follows:

| | |
|---|---|
| SCOTT F. WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>*via electronic transmission and regular mail* | MICHAEL A. LATZES<br>Law Offices of Michael A. Latzes, P.C.<br>1528 Walnut Street<br>Suite 710<br>Philadelphia, PA 19102<br>*via electronic transmission and regular mail* |
| Chanel R. Drayton<br>536 N. 58th Street<br>Philadelphia, PA 19131<br>*via regular mail* | |

MILSTEAD & ASSOCIATES, LLC

DATED: August 15, 2023

By: /s/ Roger Fay, Esq., ID No. 315987
rfay@alaw.net
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
(856) 724-1888
Attorneys for Secured Creditor